UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE CTY. ADULT DETENTION CENTER et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-232 TC<br><br>District Judge Tena Campbell |

      Plaintiff, Jeremy Bryan Barney, filed a civil complaint. (ECF No. 5.) On October 5, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 8.) He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in nearly eleven weeks. (ECF No. 7.)

      IT IS THEREFORE ORDERED that--for failure to prosecute, D. Utah Civ. R. 41-2 (dismissal for failure to prosecute)--Plaintiff's complaint is DISMISSED without prejudice.

      DATED this 6th day of December, 2021.

                              BY THE COURT:

                              JUDGE TENA CAMPBELL<br>
                              United States District Court